William E. Trachman (CA Bar No. 261410)
James L. Kerwin (CO Bar No. 57545)*
Grady J. Block (CO Bar No. 55085)*
MOUNTAIN STATES LEGAL FOUNDATION
2596 S. Lewis Way
Lakewood, Colorado 80227
Telephone: (303) 292-2021
Facsimile: (303) 292-1980
wtrachman@mslegal.org
jkerwin@mslegal.org
gblock@mslegal.org
* *Pro Hac Vice* Application Forthcoming

Alexander Haberbush (CA Bar No. 330368)
LEX REX INSTITUTE
444 West Ocean Boulevard, Suite 1403
Long Beach, CA 90802
ahaberbush@lexrex.org

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNG AMERICA'S FOUNDATION; BROOKE BROLL; and MACY ROEPKE,<br><br>  Plaintiffs,<br><br>  v.<br><br>GENE D. BLOCK, Former Chancellor, University of California, Los Angeles, in his personal capacity; DARNELL HUNT, Interim Chancellor, University of California, Los | **CASE NO. 2:24-cv-8507**<br><br>**RELATED CASE:**<br>**CASE NO. 24-CV-4702-MCS-PD**<br><br>**NOTICE OF RELATED CASE PURSUANT TO L.R. 83-1.3.1** |

Angeles, in his personal and official capacities; MICHAEL S. LEVINE, Interim Executive Vice Chancellor and Provost, University of California, Los Angeles, in his personal and official capacities; MICHAEL BECK, Administrative Vice Chancellor, University of California, Los Angeles, in his personal and official capacities; MONROE GORDEN, JR., Vice Chancellor, University of California, Los Angeles, in his personal and official capacities; MICK DELUCA, Associate Vice Chancellor, University of California, Los Angeles, in his personal and official capacities; MIKE COHN, Director, Student Organizations, Leadership & Engagement, University of California, Los Angeles, in his personal and official capacities; JASMINE RUSH, Dean of Students, University of California, Los Angeles, in her personal and official capacities; and RICK BRAZIEL, Assistant Vice Chancellor, University of California, Los Angeles, in his personal and official capacities,

    Defendants.

Pursuant to L.R. 83-1.3 Plaintiffs hereby provide notice of a related case currently pending in the Central District of California. The related case and the instant action (1) arise from the same or closely related transactions, happenings, and events; (2) call for determination of the same or substantially related or similar questions of law and fact; and (3) would entail substantial duplication of labor if heard by different judges.

In the instant matter, Plaintiffs, a group of University of California, Los Angeles ("UCLA") students and conservative organizations, bring claims pursuant to 42 U.S.C. § 1983 for violations of the First Amendment against current and former UCLA officials. Plaintiffs' claims arise out of Defendants' conduct allowing (and even sometimes actively facilitating) anti-Israel activists to engage in widespread intimidation and violence against pro-Israel UCLA students during a series of demonstrations on the UCLA campus, while simultaneously inhibiting the expression of pro-Israel viewpoints, including by cancelling a talk sponsored by Plaintiffs in deference to the wishes of the anti-Israel activists. By engaging in viewpoint discrimination and by caving in to the activists' "hecklers' veto," UCLA violated Plaintiffs' First Amendment freedom of expression rights.

In the related matter, 24-CV-4702-MCS-PD, a group of UCLA students also bring claims against UCLA for constitutional violations surrounding the same events. In that matter, the plaintiffs allege that by failing to address misconduct by anti-Israel activists, such as excluding students from parts of their campus unless they called for the elimination of the state of Israel, which, for some Jewish students would violate their sincerely held religious beliefs, UCLA violated the plaintiffs' First Amendment religious liberty and free expression rights

as well as several other constitutional guarantees. In that matter, the Court has already made factual and legal findings concerning UCLA's underlying conduct and has issued a preliminary injunction to prevent UCLA from further violating the rights of pro-Israel Jewish students. *See Frankel v. Regents of Univ. of California*, No. 2:24-CV-04702-MCS-PD, 2024 WL 3811250, at *6 (C.D. Cal. Aug. 13, 2024); *id.* at *8 ("Defendants are prohibited from knowingly allowing or facilitating the exclusion of Jewish students from ordinarily available portions of UCLA's programs, activities, and campus areas . . .").

      The parties in the two matters substantially overlap. Yitzchok Frankel, a plaintiff in related matter 24-CV-4702-MCS-PD, is a member of YAF at UCLA, and YAF at UCLA is a registered campus organization, and a Plaintiff in the instant matter. And five individuals are defendants both in the related matter and in the instant matter (Gene D. Block, Darnell Hunt, Michael Beck, Monroe Gorden, Jr., and Rick Braziel).

      Given the overlap in parties and factual background and the similarity in legal theories, Plaintiffs respectfully submit that the instant action qualifies for related case transfer.

DATED this 3rd day of October 2024.          Respectfully submitted,

/s/ *William E. Trachman*
William E. Trachman, CA Bar 261410
James L. Kerwin, CO Bar 57545*
Grady J. Block, CO Bar 55085*
MOUNTAIN STATES LEGAL FOUNDATION
2596 S. Lewis Way
Lakewood, Colorado 80227
Tele: (303) 292-2021
Fax: (877) 349-7074
jkerwin@mslegal.org
wtrachman@mslegal.org
gblock@mslegal.org
* *Pro hac vice* application forthcoming


Alexander Haberbush, CA Bar 330368
LEX REX INSTITUTE
444 West Ocean Boulevard, Suite 1403
Long Beach, CA 90802
ahaberbush@lexrex.org
*Attorneys for Plaintiffs*