# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Young Americas Foundation et al., **PLAINTIFF(S)** <br><br> v. <br><br> Gene D. Block et al., **DEFENDANT(S).** | **CASE NUMBER** <br><br> 2:24-cv-08507 ODW(AGRx) <br><br> **ORDER RE TRANSFER** <br> **(RELATED CASES)** |

## CONSENT

I hereby consent to the transfer of the above entitled case to my calendar, pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges.

_____     _____
Date                                          United States District Judge

**TRANSFER ORDER DECLINED**

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

The cases do not arise from the same or closely related transactions, happenings, or events; do not call for determination of the same or substantially related or similar questions of law and fact; and would not entail substantial duplication of labor if heard by different judges.

October 24, 2024                                          Mark C. Scarsi  /s/ Mark C. Scarsi
Date                                                              United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case  2:24-cv-04702 MCS(PDx)  and the present case:

- [x] A. Arise from the same or closely related transactions, happenings or events; or
- [x] B. Call for determination of the same or substantially related or similar questions of law and fact; or
- [x] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ to Magistrate Judge _____.

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____. This is very important because the documents are routed to the assigned judges by means of these initials

**TRANSFER ORDER DECLINED**

cc:  [ ] *Previous Judge*    [ ] *Statistics Clerk*

CV-34 (06/23)                          ORDER RE TRANSFER (Related Cases)