James L. Kerwin (CO Bar No. 57545)*
William E. Trachman (CA Bar No. 261410)
Grady J. Block (CO Bar No. 55085)**
MOUNTAIN STATES LEGAL FOUNDATION
2596 S. Lewis Way
Lakewood, Colorado 80227
Telephone: (303) 292-2021
Facsimile: (303) 292-1980
jkerwin@mslegal.org
wtrachman@mslegal.org
gblock@mslegal.org
* Admitted *Pro Hac Vice*
** *Pro Hac Vice* Application Forthcoming

Alexander Haberbush (CA Bar No. 330368)
LEX REX INSTITUTE
444 West Ocean Boulevard, Suite 1403
Long Beach, CA 90802
ahaberbush@lexrex.org

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YOUNG AMERICA'S FOUNDATION; *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>GENE D. BLOCK, *et al.*,<br><br>  Defendants. | No. 2:24−cv−8507 ODW (AGRx)<br><br>**DECLARATION OF MADISON HAHN IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COMPLAINT UNDER DEFDERAL RULES 12(B)(1) AND 12(B)(6) [ECF No. 49]**<br><br>Date: March 10, 2025<br>Time:     1:30 p.m.<br>Courtroom: 5D<br>Judge: Hon. Otis D. Wright II |

1. I am a citizen of the United States. I am over eighteen (18) years of age and am capable of making this declaration pursuant to 28 U.S.C. § 1746. I have personal knowledge of all of the contents of this declaration.

2. I am an Associate General Counsel employed by Plaintiff Young America's Foundation ("YAF").

3. YAF is a nonprofit corporation whose mission is to educate and inspire students and the public on the ideas of individual freedom, free enterprise, a strong national defense, and traditional values.

4. YAF and its affiliate YAF at UCLA, a registered UCLA student organization, are sponsoring a series of public speaking and educational events to bring conservative and pro-Israel ideas to the UCLA campus. Outside of YAF's efforts, these viewpoints are almost entirely absent from campus discussion.

5. The first speaker in the series was Robert Spencer, an expert on the Middle East and on certain radical strains of thought in the Islamic world. As detailed in the complaint in this matter, in April 2024, YAF at UCLA's Chairman informed UCLA that Mr. Spencer would be coming to campus with a target date of May 15, 2024. After UCLA failed to engage in the planning and security-arrangement process, YAF was forced to threaten a lawsuit. UCLA responded to the litigation threat (finally) by approving the lecture, including security preparations. Nevertheless, on May 15, 2024, without having first

made reasonable efforts to address any potential for violence by anti-Israel agitators, UCLA turned on Mr. Spencer and shut his speech down purportedly in a bid to quiet a potential crowd of hecklers intent on silencing his views. This lawsuit followed.

6. Despite UCLA shutting down Mr. Spencer, YAF has not given up on its planned lecture series.

7. The next event in the series was a lecture and Q&A by Ben Shapiro on October 21, 2024. Mr. Shapiro is an outspoken conservative and supporter of Israel.

8. I understand that UCLA has represented to the court that Mr. Shapiro's event "proceeded smoothly." Nothing could be further from the truth.

9. Instead, similar to its conduct with respect to the Robert Spencer event, during the process of planning for the Ben Shapiro event logistics, including security, UCLA threw up roadblock after roadblock, inventing new, never before mentioned requirements every time it appeared that "final approval" was in hand. All told, it took more than 70 days from when YAF initiated the planning process for UCLA to grant "final approval" and for security and logistical issues to be worked out. UCLA's delays meant that it was not until October 17, 2024, a mere four days prior to the event, that YAF had any solid assurance that the event would even proceed.

10. Worse, UCLA only finally completed the process after YAF's litigation counsel threatened *twice* to seek emergency relief from the Court.

11. Because UCLA's rules prohibit advertising on campus until approval is obtained, these delays severely hindered YAF's ability to stage a successful event.

12. Given UCLA's discriminatory mishandling of both the Robert Spencer and the Ben Shapiro events, it is highly likely that absent relief from this Court, UCLA will undermine future YAF-sponsored speakers at UCLA.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3d day of February, 2025.

*/s/ Madison Hahn*
Madison Hahn, Esq.