James L. Kerwin (CO Bar No. 57545)*
William E. Trachman (CA Bar No. 261410)
Grady J. Block (CO Bar No. 55085)*
MOUNTAIN STATES LEGAL FOUNDATION
2596 S. Lewis Way
Lakewood, Colorado 80227
Telephone: (303) 292-2021
Facsimile: (303) 292-1980
jkerwin@mslegal.org
wtrachman@mslegal.org
gblock@mslegal.org
* Admitted *Pro Hac Vice*

Alexander Haberbush (CA Bar No. 330368)
LEX REX INSTITUTE
444 West Ocean Boulevard, Suite 1403
Long Beach, CA 90802
ahaberbush@lexrex.org

*Attorneys for Plaintiffs*

**Additional counsel listed on following page*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YOUNG AMERICA'S FOUNDATION; *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>GENE D. BLOCK, *et al.*,<br><br>    Defendants. | No. 2:24−cv−8507 ODW (AGRx)<br><br>**[PROPOSED] FINAL JUDGMENT**<br><br>Hon. Otis D. Wright II |

MATTHEW R. COWAN (S.B. #281114)
mcowan@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

MEAGHAN VERGOW (*pro hac vice*)
mvergow@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

ANTON METLITSKY (*pro hac vice*)
ametlitsky@omm.com
JENNIFER SOKOLER (*pro hac vice*)
jsokoler@omm.com
O'MELVENY & MYERS LLP
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

*Attorneys for Defendants*

Plaintiffs Young America's Foundation, Brooke Broll, and Macy Roepke (together, "plaintiffs") and defendants Gene D. Block, Former Chancellor, University of California, Los Angeles, in his personal capacity, Darnell Hunt, Interim Chancellor, University of California, Los Angeles, in his personal and official capacities, Michael S. Levine, Interim Executive Vice Chancellor and Provost, University of California, Los Angeles, in his personal and official capacities, Michael Beck, Administrative Vice Chancellor, University of California, Los Angeles, in his personal and official capacities, Monroe Gorden, Jr., Vice Chancellor, University of California, Los Angeles, in his personal and official capacities, Mick Deluca, Associate Vice Chancellor, University of California, Los Angeles, in his personal and official capacities, Mike Cohn, Director, Student Organizations, Leadership & Engagement, University of California, Los Angeles, in his personal and official capacities, Jasmine Rush, Dean of Students, University of California, Los Angeles, in her personal and official capacities, and Rick Braziel, Assistant Vice Chancellor, University of California, Los Angeles, in his personal and official capacities (collectively, "defendants"), by and through their respective attorneys, have entered into a Joint

Stipulation for Entry of Final Judgment, consenting to entry of this Final Judgment and preserving plaintiffs' right to appeal the Court's rulings granting defendants' motion to dismiss plaintiffs' First Cause of Action and Second Cause of Action. Therefore, the Court hereby ORDERS that:

    Pursuant to the Court's Order Granting in Part and Denying in Part Motion to Dismiss, ECF No. 60, as well as the parties' Joint Stipulation for Entry of Final Judgment, judgment is entered in favor of defendants and against plaintiffs on all claims asserted in plaintiffs' complaint.

**IT IS SO ORDERED**

DATED _____, 2025    _____
                                             HON. OTIS D. WRIGHT II
                                             United States District Judge