**Note the Court's changes**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNG AMERICA'S FOUNDATION; *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>GENE D. BLOCK, *et al.*,<br><br>    Defendants. | No. 2:24-cv-8507 ODW (AGRx)<br>**FINAL JUDGMENT**<br>Hon. Otis D. Wright II |

Plaintiffs Young America's Foundation, Brooke Broll, and Macy Roepke (together, "Plaintiffs") and Defendants Gene D. Block, Former Chancellor, University of California, Los Angeles, in his personal capacity, Darnell Hunt, Interim Chancellor, University of California, Los Angeles, in his personal and official capacities, Michael S. Levine, Interim Executive Vice Chancellor and Provost, University of California, Los Angeles, in his personal and official capacities, Michael Beck, Administrative Vice Chancellor, University of California, Los Angeles, in his personal and official capacities, Monroe Gorden, Jr., Vice Chancellor, University of California, Los Angeles, in his personal and official capacities, Mick Deluca, Associate Vice Chancellor, University of California, Los Angeles, in his personal and official capacities, Mike Cohn, Director, Student Organizations, Leadership & Engagement, University of California, Los Angeles, in his personal and official capacities, Jasmine Rush, Dean of Students, University of California, Los Angeles, in her personal and official capacities, and Rick Braziel, Assistant Vice Chancellor, University of California, Los Angeles, in his personal and official capacities (collectively, "Defendants"), by and through their respective attorneys, have entered into a Joint Stipulation

for Entry of Final Judgment, consenting to entry of this Final Judgment and preserving Plaintiffs' right to appeal the Court's rulings granting defendants' motion to dismiss Plaintiffs' First Cause of Action and Second Cause of Action. Therefore, the Court hereby **ORDERS** that:

Pursuant to the Court's Order Granting in Part and Denying in Part Motion to Dismiss, (ECF No. 60), as well as the parties' Joint Stipulation for Entry of Final Judgment, Plaintiffs' causes of action are dismissed with prejudice. Accordingly, the Court hereby enters judgment in favor of Defendants and against Plaintiffs on all claims asserted in Plaintiffs' complaint.

**IT IS SO ORDERED**

DATED: October 1, 2025          _____
                                              HON. OTIS D. WRIGHT II
                                              United States District Judge